# TIFFANY & BOSCO P.A.

**Dated: August 31, 2009**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-16936/1205003323

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-BK-05883-EWH |
| Mauricio G. Larios<br>                    Debtor.<br>_____ | Chapter 7<br><br>ORDER |
| Wells Fargo Bank, NA dba Americas Servicing<br>Company<br>                    Movant,<br>          vs. | (Related to Docket #16) |
| Mauricio G. Larios, Debtor, Beth Lang, Trustee.<br><br>                    Respondents. | |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed
Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,
and no objection having been received, and good cause appearing therefor,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

Lots 24, 25 and the West half of Lot 26, Block 28 of CLAWSON ADDITION according to the Map recorded in Book 2 of Maps, page 76, records of Cochise County, Arizona.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this _____day of _____, 2009.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT